**Order entered December 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01246-CR

### JOHNATHAN EUGENE COOPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 297th District Court
### Tarrant County, Texas
### Trial Court Cause No. 1031532D

## ORDER

Before the court are appellant Johnathan Eugene Cooper's October 10, 2019 "Emergency-Interest of Justice Reconsideration Motion to Address and Follow U.S. Supreme & Court Case Law Rules" and his August 15, 2019 objection to submission of this appeal. We **DENY** appellant's motion and objection.

/s/      CORY L. CARLYLE
         JUSTICE